AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

AUG 31 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Clarens Antonio CORONADO-Garcia<br>YOB: 1978, Citizenship: Mexico<br><br>*Defendant(s)* | Case No. M-19-2074-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 31, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 U.S. Code § 5332 | Defendant did knowingly and intentionally attempt to evade currency reporting requirements, by knowingly concealing approximately $214,660 in United States currency in a vehicle before it exited the United States into Mexico at the Falcon Dam Port of Entry. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Rolando Lerma Jr., HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, per FRCrP 4.1, & probable cause found on: @ 9:43PM

Date: 8/31/19

*Judge's signature*

J. Scott Hacker, U.S. Magistrate
*Printed name and title*

City and state: McAllen, Texas

## Attachment "A"

I, Rolando Lerma Jr., Special Agent with United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and say the following:

On August 31, 2019, U.S. Customs and Border Protection Officers encountered Clarens Antonio CORONADO-Garcia attempting to drive a vehicle into Mexico at the Falcon Dam Port of Entry in Falcon Heights, Texas. CORONADO declared to officers that he had less than $10,000 U.S. Dollars with him or inside the vehicle.

Officers conducted a search of the vehicle and subsequently discovered bundles of U.S. currency totaling approximately $214,660 U.S. dollars concealed inside the center hump of the vehicle. Officers detained CORONADO and contacted HSI.

HSI Special Agent Rolando Lerma Jr. read CORONADO his Miranda Rights and CORONADO waived his right to an attorney. CORONADO admitted he was going to get paid approximately $2,000 U.S. dollars by an unidentified person in Mexico to transport an unknown large amount of U.S. currency concealed somewhere inside the vehicle from Houston, Texas, to the Mexican state of Nuevo Leon. CORONADO admitted he knew that failing to declare U.S. currency over $10,000 U.S. dollars when exiting the United States to Mexico was a violation of U.S. law.

CORONADO also admitted he had illegally transported large amounts of concealed U.S. currency from the United States into Mexico in exchange for payments on two other occasions within the last twelve months.